

**NUMBER 13-18-00081-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**FEDERAL CORPORATION,** **Appellant,**

**v.**

**JOSE EDUARDO GONZALEZ,** **Appellee.**

---

**On appeal from the 332nd District Court
of Hidalgo County, Texas.**

---

# MEMORANDUM OPINION

**Before Justices Rodriguez, Contreras, and Hinojosa
Memorandum Opinion by Justice Contreras**

Appellant, Federal Corporation, attempted to perfect an accelerated appeal from an interlocutory order entered by the 332nd District Court of Hidalgo County, Texas, denying appellant's special appearance in trial court cause number C-8211-14-F. The order at issue was signed on December 11, 2017. Pursuant to the Texas Rules of Appellate Procedure, appellant's notice of appeal was due on January 2, 2018. *See* TEX.

R. APP. P. 26.1(b); *see also* TEX. R. APP. P.4.1(a).  However, it was not filed until February 8, 2018.

The Court, having examined and fully considered the documents on file and appellant's failure to timely perfect its appeal, is of the opinion that the appeal should be dismissed for want of jurisdiction.  Accordingly, the appeal is hereby DISMISSED FOR WANT OF JURISDICTION.  *See* TEX. R. APP. P. 42.3(a).

DORI CONTRERAS
Justice

Delivered and filed the
22nd day of March, 2018.